# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**RECCENTA HARRIS,**

    Plaintiff,

v.

**HAROLD McCRAY, JR., et al.**,

    Defendants.

Civil Action No. 7:14-CV-69 (HL)

## ORDER

Before the Court is the Recommendation by Magistrate Judge Thomas Langstaff (Doc. 7) following a review under 28 U.S.C. § 1915(a) of the Complaint filed by Plaintiff Reccenta Harris ("Plaintiff"). The magistrate judge recommends dismissing Plaintiff's request for injunctive relief and his claims against Warden Marty Allen. Plaintiff has filed an Objection (Doc. 10) to the Recommendation. After undertaking a *de novo* review of the Recommendation, the Court finds that it should be accepted and adopted in full. Plaintiff has not met the test that would allow the Court to enter an injunction at this point in the case, and he has not adequately pled a claim for supervisory liability against Warden Allen.

**SO ORDERED**, this the 25th day of August, 2014.

                *s/ Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

scr